# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

## OFFENSE CHARGED

Counts One through Four: 18 U.S.C. § 1708 - Possession of Stolen Mail

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Maximum Prison Term of Five Years;
Maximum Fine of $250,000
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

**DEFENDANT - U.S**

▶ MARQUIS DOAPRI ADAMS

FILED
MAY 30 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

DISTRICT COURT NUMBER
**CR 19 250 JD**

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
United States Postal Service, Office of Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Samantha Schott

## DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

**FILED**

MAY 3 0 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES OF AMERICA,

V.

MARQUIS DOAPRI ADAMS,

CR 19 250

DEFENDANT.

INDICTMENT

18 U.S.C. § 1708 – Possession of Stolen Mail;
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

_____
Foreman

Filed in open court this __3J__ day of __MAY 2019__

_____
Clerk

Bail, $ **NO BAIL WARRANT**   5/30/19
Kandis A. Westmore
U.S. Magistrate Judge

1 DAVID L. ANDERSON (CABN 149604)
  United States Attorney

**FILED**

MAY 3 0 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARQUIS DOAPRI ADAMS, <br> Defendant. | CASE NO. **CR 19 250** <br> VIOLATION: <br> 18 U.S.C. § 1708 – Possession of Stolen Mail; <br> 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation <br> OAKLAND VENUE <br> [UNDER SEAL] |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 1708 – Possession of Stolen Mail)

On or about May 21, 2016, in the Northern District of California, the defendant,

MARQUIS DOAPRI ADAMS,

unlawfully had in his possession an Apple iPhone 6S, which had been stolen, taken, embezzled, and abstracted from the mail, knowing said Apple iPhone 6S to have been stolen, taken, embezzled, and abstracted, in violation of Title 18, United States Code, Section 1708.

//
//
//

Document No.

District Court
Criminal Case Processing

INDICTMENT

1  COUNT TWO:        (18 U.S.C. § 1708 – Possession of Stolen Mail)
2         On or about July 18, 2016, in the Northern District of California, the defendant,
3                              MARQUIS DOAPRI ADAMS,
4  unlawfully had in his possession an Apple MacBook Pro, which had been stolen, taken, embezzled, and
5  abstracted from the mail, knowing said Apple MacBook Pro to have been stolen, taken, embezzled, and
6  abstracted, in violation of Title 18, United States Code, Section 1708.
7  COUNT THREE:      (18 U.S.C. § 1708 – Possession of Stolen Mail)
8         On or about September 1, 2017, in the Northern District of California, the defendant,
9                              MARQUIS DOAPRI ADAMS,
10 unlawfully had in his possession an Apple iPhone 6S, which had been stolen, taken, embezzled, and
11 abstracted from the mail, knowing said Apple iPhone 6S to have been stolen, taken, embezzled, and
12 abstracted, in violation of Title 18, United States Code, Section 1708.
13 COUNT FOUR:       (18 U.S.C. § 1708 – Possession of Stolen Mail)
14        On or about November 21, 2017, in the Northern District of California, the defendant,
15                             MARQUIS DOAPRI ADAMS,
16 unlawfully had in his possession an Apple iPad which had been stolen, taken, embezzled, and abstracted
17 from the mail, knowing said Apple iPad to have been stolen, taken, embezzled, and abstracted, in
18 violation of Title 18, United States Code, Section 1708.
19 FORFEITURE ALLEGATION:     (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))
20        The allegations contained in Counts One through Four of this Indictment are re-alleged and
21 incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code,
22 Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).
23        Upon conviction of the offenses set forth in this Indictment, the defendant,
24                             MARQUIS DOAPRI ADAMS,
25 shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and
26 Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is
27 derived from proceeds traceable to the offense.
28        If any of the property described above, as a result of any act or omission of the defendant:

INDICTMENT                                    2

1     a.      cannot be located upon exercise of due diligence;

2     b.      has been transferred or sold to, or deposited with, a third party;

3     c.      has been placed beyond the jurisdiction of the court;

4     d.      has been substantially diminished in value; or

5     e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:

5/30/19

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
SAMANTHA SCHOTT
Special Assistant United States Attorney

INDICTMENT      3