1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  Northern District of California
   JOHN PAUL REICHMUTH
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:  (510) 637-3500
6  Facsimile:  (510) 637-3507
   Email:      John_Reichmuth@fd.org
7
8  Counsel for Defendant ADAMS
9
10              IN THE UNITED STATES DISTRICT COURT
11              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                          OAKLAND DIVISION
13

| | |
|---|---|
| 14  UNITED STATES OF AMERICA, | Case No.: CR 19–250 JD |
| 15              Plaintiff, | **STIPULATION AND ORDER TO** |
| 16        v. | **CONTINUE SENTENCING HEARING AND CONVERT TO VIDEO-** |
| 17  MARQUIS ADAMS, | **TELECONFERENCE** |
| 18              Defendant. | |
| 19 | |

20

21      IT IS HEREBY STIPULATED, by and between the parties to this action, that the IN-PERSON

22  SENTENCING HEARING presently set for August 23, 2021 at 10:30 a.m. before Hon. James

23  Donato be CONTINUED until that same date at 11:30 AM for SENTENCING VIA VIDEO-

24  TELECONFERENCE.

25      The reasons for this request are that:  Mr. Adams resides in another state, he has requested that

26  the matter be held via Zoom so that it does not interfere with job training, and he was recently

27  hospitalized and his traveling and attending court may not be in the interest of his or the public's

28  health.  Mr. Adams pleaded guilty to a misdemeanor charge and the parties and Probation Officer are

STIP. AND [PROPOSED] ORDER TO CONTINUE

1

jointly requesting a non-custodial sentence. The Probation Officer does not object to this request.

DATED:    August 19, 2021                    _____/S/_____
                                             JOHN PAUL REICHMUTH
                                             Assistant Federal Public Defender

DATED:    August 19, 2021                    _____/S/_____
                                             SAMANTHA SCHOTT BENNETT
                                             Assistant United States Attorney

## ORDER

Based on the reasons provided in the stipulation of the parties above, it is hereby ORDERED that the IN-PERSON SENTENCING HEARING presently set for August 23, 2021 at 10:30 a.m. before Hon. James Donato be CONTINUED until that same date at 11:30 AM for SENTENCING VIA VIDEOTELECONFERENCE.

**IT IS SO ORDERED.**

DATED:  August 20, 2021                      _____
                                             HON. JAMES DONATO
                                             United States District Judge

STIP. AND [PROPOSED] ORDER TO CONTINUE